## 11554

### BANK OF CHARLESTON v. F. M. YOUNG COMPANY

#### (123 S. E., 793)

APPEAL AND ERROR—JUDGMENT REVERSED WHERE RESPONDENT'S COUNSEL STATES THAT HE WILL NOT RESIST APPEAL.—Where respondent's counsel states that respondent is in bankruptcy, and as trade acceptance sued on was listed as liability he will not resist any order appellant's counsel may see fit to take, judgment will be reversed.

Before SEASE, J., Allendale, 1923. Reversed.

Action by the Bank of Charleston against F. M. Young Company. Judgment for defendant, and plaintiff appeals.

*Messrs. Mitchell & Horlbeck* and *C. Birnie Johnson,* for appellant, cite: *Negotiable instruments:* Code 1922 (3703) Sec. 52 (3707), Sec. 56; (3708), Sec. 57; (3675), Sec. 24; 91 S. C., 455. *Title:* 2 Wall., 110. *Notice of infirmity in the notes:* 108 S. E., 401; 8 C. J., 501, 504. *Notice of defense:* 110 S. C., 458.

*Mr. R. P. Searson* for respondent.

July 18, 1924.

*Per Curiam.*

This case was submitted upon printed "case" and argument of counsel for appellant, the counsel for the respondent filing with the Clerk of this Court the following stipulation:

"The above-named respondent is in bankruptcy, and, as the trade acceptance sued upon in the within cause was listed as a liability, I shall not press the respondent's rights in this appeal before the Court on the 14th inst. Please make the statement for me, stating that I will not resist any such order as the appellant's counsel may see fit to take."

It is accordingly ordered that the judgment of the Circuit Court be reversed.

MESSRS. JUSTICES WATTS, FRASER, COTHRAN and MARION concur.

MR. CHIEF JUSTICE GARY did not participate.